TO: CHIEF JUSTICE
JUDGE ERNEST C. TORRES
UNITED STATES DISTRICT
COURT OF RI. PROVIDENCE

DECEMBER 26TH, 2006

JUSTICE TORRES:

I AM UNABLE AT THIS TIME TO COMPLY WITH COURT CLERKS FILING INSTRUCTIONS SENT TO ME BACK ON 12/14/06.

DUE TO THE FACT, THAT ACI PRISON OFFICIALS TOOK MY COMPLAINT FORM AND REFUSE TO RETURN IT. SEE ATTACHED PRISON REQUEST FORMS.

I AM NOT BEING ALLOWED TO FREELY FILE THIS COMPLAINT YOUR HONOR.

OVER

AND ASK FOR THE COURTS HELP SIR IN ENSURING MY RIGHT TO BE ABLE TO DO SO.

RESPECTFULLY, Ashanti Shakur

ASHANTI SHAKUR 99052
BOX 8200 ACI
CRANSTON, RI
02920

C.C.,
HONORABLE E/C/T
U.S. DIST. COURT CLERK

NOTE PLEASE ACCEPT THIS LETTER IN LIEU OF MOTION UNDER RULE 6 FOR CONTINUANCE

FILED
2006 DEC 29 A 10:21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Legal

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Lieut Gerra area DATE: 12/21/06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) U.S. Federal Dist. Court requires that ACI prison officials provide me with a certified (signed) ledger - that records all of my financial transactions over past six months. see attached court papers and ref-

INMATE NAME Shakur, W Lee I.D.# 99052

WORK ASSIGNMENT: CELL NUMBER: E 6

H.S.C. ✓ MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

MRN! [redacted], i need to have mailed in to court by 12/27/06. court papers attached.

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

No Response

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Legal

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Lieutenant Geffen DATE: 12/22/06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I'd like the immediate return of U.S. Dist. Court papers I sent you on 12/22/06 with or without requested ledger

INMATE NAME Shakur, M Lee I.D.# 99052

WORK ASSIGNMENT: CELL NUMBER: E 6

(H.S.C.) ✓ MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE c/o Dain

**Disposition of Case**

RESPONSE:

No Response

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

REQUEST
WHITE - DESIGNEE
YELLOW - "
PINK - "
SALMON - INMATE

RESPONSE
WHITE - INMATE
YELLOW - ASSOCIATE DIRECTOR
PINK - DESIGNEE

S - 10