AND ASK FOR THE COURTS HELP SIR IN ENS-
URING MY RIGHT TO BE ABLE TO DO SO.

RESPECTFULLY, Ashanti Shakur

ASHANTI SHAKUR 99052
BOX 8200 ACI
CRANSTON, RI
02920

CC,
HONORABLE E/C/T
U.S. DIST. COURT CLERK

NOTE PLEASE ACCEPT THIS
LETTER IN LIEU OF MOTION
UNDER RULE 6 FOR CONT-
INUANCE

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 DEC 29 A 10: 21
FILED

ORDER.
DENIED. This case is closed.

JACOB HAGOPIAN
Sr. U.S. Magistrate Judge
February 13, 2007